Case 6:16-cr-00039 Document 14 Filed in TXSD on 05/12/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 6:16-MJ-37-1 |
| | § | |
| OSCAR DAVILA | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)   There is a serious risk that the defendant will not appear; and

(2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant is on probation for a felony offense in which there is an active warrant for his arrest for failing to report to his probation officer. Further, the defendant has three pending misdemeanor cases in which there are active warrants for failing to appear. The defendant is either unwilling or unable to comply with court ordered supervision and release and is, therefore, a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      ORDERED this 12th day of May, 2016.

                                                   Jason B. Libby
                                         United States Magistrate Judge